Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
Central Division

Case No. _____
(to be filled in by the Clerk's Office)

Dale La-Von Clayton
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Des Moines Police Department, Brian Buck, Megan Goergen
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

RECEIVED 19 DEC 20 PM 4: 07 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dale La-Von Clayton |
| Address | 2323 Curtis Street |
| City | Denver |
| State | CO |
| Zip Code | 80205 |
| County | Denver County |
| Telephone Number | 720-518-3560 |
| E-Mail Address | dclay7869@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Des Moines Police Department |
| Job or Title (if known) | Employer |
| Address | 25 East 1st Street |
| City | Des Moines |
| State | IA |
| Zip Code | 50309 |
| County | Polk County |
| Telephone Number | 515-283-4811 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Brian Buck |
| Job or Title (if known) | Police Officer |
| Address | 25 East 1st Street |
| City | Des Moines |
| State | IA |
| Zip Code | 50309 |
| County | Polk County |
| Telephone Number | 515-283-4811 |

E-Mail Address *(if known)* _____

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Megan Goergen |
| Job or Title *(if known)* | Police Officer |
| Address | 25 East 1st Street |
| | Des Moines / IA / 50309 |
| | *City / State / Zip Code* |
| County | Polk County |
| Telephone Number | 515-283-4811 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th amendment, 14th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Officer Buck violated my fourth amendment right under color of law by unlocking my car door while the window was down, opened my door without my consent, using excessive force with Officer Goergen by grabbing and pulling me illegaly out of my vehicle and falsely detaining me. Illegal seizure of me without probable cause or warrant.
2. Officer Goergen violated my fourth amendment right under color of law by using excessive force grabbing and pulling me out of my vehicle with Officer Buck and illegally seizing and detaining me without probable cause or warrant.
3. Officer Buck violated my fourth amendment right under color of law by squeezing my face(hand around both cheeks), yelling "Spit it out! Spit it out!"while looking in my mouth and forcing my head back. Then both officers Buck and Goergen searched my pockets and seized approximately $2,740 in cash. Using battery, illegal search without consent or warrant.
4. Officer Buck and Officer Goergen violated my fourth amenment right under color of law by searching my vehicle and seizing my property, medication and over $5,000 in cash without consent or warrant. Illegal search and seizure.
5. Officer Buck and Goergen violated my fourth amendment right under color of law by unreasonable extension of stop. I was already pulled to the side of the road.
6. Officer Buck and Georgian violated my fouteenth amendment right under color of law for Racial biased Policing.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pioneer Street, Des Moines, Iowa.

B. What date and approximate time did the events giving rise to your claim(s) occur?

07/15/2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. On July 15, 2017 around eight pm, I was driving to drop a friend off.
2. I pulled to the side of the road to park and answer my wife's phone call.
3. Two uniformed Des Moines Police officers, Buck and Goergen in a marked Des Moines Police suad car pulled up beside me on the passenger side of vehicle and asked what was going on.
4. I looked up and saw them. I rolled the passenger window down and I said I was on the phone with my wife.
5. The officers looked at each other and got out of the squad car. They came over to my vehicle Goergen on the passenger side and Officer Buck on my side. I rolled my widow down to ask him what he said. Then he forced his hand into my vehicle and reached in to unlocked the door. Officer Buck forced my door open. Officer Goergen came over to the driver's side. Then both officers used excessive force by grabbing and pulling me out of the vehicle, each officer had one arm. They threw me up against my vehilce. Started searching me, and removing cash from my pockets. Then they slapped the hand cuffs on me and threw me in the back of their squad car, all while my wife was still on the the phone. My wife is a witness to this matter.
6. They proceeded to search my vehicle without my consent or warrant, seizing my medication and money.
7. I was falsely detained and charged with Driving on a suspended license, Possession of Schedule I/ with intent, and Failure to affix a tax stamp. They kept me in Polk County Jail unlawfully.
8. The passenger that was in my vehicle was mistreated and arrested as well and is witness to this matter.
9. I bonded out of jail.
10. In December 2017 charges were dismissed.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Muscle strains, pain and soreness all over body. Stiff muscles and body aches all over body. Needed to be seen in Emergecy room from trauma inflicted from being battered and briused by Officer Burks and Officer Goergen, I was not taken to be evaluated for my injuries.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10,000,000 USD. My wife is a traveling nurse and I was a Kitchen Manager. We came to Iowa because my father-in-law's health status was declining and the death of her step-mother. We lost our hard earned bill and travelling money that was taken under false pretense. We were unable to take any positions for work due to this matter. Pain and suffering from being snatched out of the vehicle, battered and humiliated in the street. My pride, dignity and humanity was taken. I was falsly imprisoned, with defamation of character. My vehicle was impounded. I had to be bonded out of jail. There was no mistake of who I was because I had out of state license plates. I lost everything because I had to stay in Iowa to take care of legal matter after legal matter due to harrassment and racial profiling from Des Moines Police Department after dismissal of case in December 2017. Discrimination and harrassment increased to the point of destroying my family. None of my property to this date has been returned to me after multiple requests. There is no amount that can pay for the racism and discriminaion that I endure in Iowa when I come with my wife to support her family. This amount is for actual and punative damages included. Disciplinary action for Des Moines Police officers. Training to officers to follow standards and with racial diversity emphasized.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2019

Signature of Plaintiff *[signed]*
Printed Name of Plaintiff   Dale La-Von Clayton

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

            City            State      Zip Code

Telephone Number
E-mail Address

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Dale LaVon Clayton

### DEFENDANTS
Des Moines Police Department, Brian Buck, Megan Goergen

**(b)** County of Residence of First Listed Plaintiff: Denver County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Polk County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: N/A

Attorneys *(If Known)*:

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983, 28

Brief description of cause:
Violation of my 4th amendment right unreasonable searches and seizures

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $: —

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____